IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2014 JAN 22 PM 2:21
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Wanda E Brooks for
Jesse W Brooks estate
Wanda E Brooks
**Name of Plaintiff(s)**

v.

United States.
VA Administration
_____
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):
   Federal Tort Claims Act Section 1346(b) and 2671-2680 Title 28, United States Code

2. Plaintiff, Wanda E Brooks resides at
   2209 Abbott Martin Rd. apt 2-11, Nashville,
   Street address / City
   Davidson, Tn. 37215, 298-2966
   County / State / Zip Code / Telephone Number

   (If more than one plaintiff, provide the same information for each plaintiff below.)
   The estate of Jesse W Brooks deceased.
   2209 Abbott Martin Rd apt-2-11, Nash, Tn 37215

3. Defendant, *United States - Veterans Administration* resides at

    *1310 24th Ave So.*, *Nashville*,
    Street address / City

    *Davidson*, *Tn.*, *37212*, *615-327-4751*
    County / State / Zip Code / Telephone Number

    (If more than one defendant, provide the same information for each defendant below.)

4. Statement of claim. (State as briefly as possible, the facts of your case. Describe how each Defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary. Attach any documentation or exhibits in support of the complaint):

My husband had 4th stage Cancer, it wasn't found til he was almost dead, he was to weak and it had mets to his brain. They found it in Feb, 2011, Mr Brooks died May 5th 2011, when they finally did an X ray it was to late for treatment. The P.A. Barbara Artheit said, "all old people have flem in the back of their throat", he used cough drops, Muciner with plenty of water. The pain was really bad. This made his mental health and other medical problems worse. My health has also gone down.

3

5. Prayers for Relief (List what you want to Court to do):

a. I pray for the Court to order the VA to pay for the wrongful death of my husband.

b. The pain and suffering for the both of us, the sum of $300,000.00, for relief of debt and my medical needs.

c. For the court to know that I'm not an atty. Federal or Civil.

d. _____

I (We) hereby certify under penalty of perjury that the above Petition is true to the best of my (our) information, knowledge, and belief.

Signed this 22 day of January, 20 14.

Wanda E Brooks
estate of Jesse W Brooks

(Signature of Plaintiff(s))

# STATE OF TENNESSEE
## Office of Vital Records

**AMENDED BY AFFIDAVIT OF FUNERAL DIRECTOR 6/6/2011 /JT**

**TENNESSEE DEPARTMENT OF HEALTH — CERTIFICATE OF DEATH**

State File Number: 2011 019546

| Field | Value |
|---|---|
| 1. Decedent's Name | Jesse Wayne Brooks |
| 2. Sex | Male |
| 3. Date of Death | May 05, 2011 |
| 4. Social Security Number | 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 |
| 5a. Age | 82 |
| 6. Date of Birth | Dec. 29, 1928 |
| 7. Birthplace | Nashville, Tennessee |
| 8. Was Decedent Ever in US Armed Forces | Yes |
| 9a. Place of Death | Other (Specify) Hospice |
| 9b. Facility Name | Alive Hospice |
| 9c. City | Nashville |
| 9d. County of Death | Davidson |
| 10. Marital Status | Married |
| 11. Surviving Spouse | Wanda Higdon |
| 12a. Usual Occupation | Instructor |
| 12b. Kind of Business/Industry | Law Enforcement |
| 13a. Residence State | Tennessee |
| 13b. County | Davidson |
| 13c. City | ~~Nashville~~ Antioch |
| 13d. Street | ~~1900 Acklen Avenue~~ 4809 Hickory Way |
| 13e. Zip | ~~37212~~ 37013 |
| 14. Hispanic Origin | No |
| 15. Race | White |
| 16. Education | 5+ |
| 17. Father's Name | J.R. Brooks |
| 18. Mother's Name | Frances Park |
| 19a. Informant's Name | Wanda E. Brooks |
| 19b. Relationship | Wife |
| 19c. Mailing Address | ~~1900 Acklen Avenue, Nashville, TN 37212~~ 4809 Hickory Way, Antioch, TN 37013 |
| 20a. Method of Disposition | Burial |
| 20b. Place of Disposition | Tennessee State Veterans Cemetery |
| 20c. Location | Nashville, Tennessee |
| 21a. Signature of Funeral Director | Robert E. Fuqua |
| 21b. License Number | 6060 |
| 21c. Signature of Embalmer | Jeff Plunk |
| 21d. License Number of Embalmer | 4353 |
| 22. Name and Address of Funeral Home | Woodlawn-Roesch-Patton Funeral Home and Memorial Park, 660 Thompson Lane, Nashville, TN 37204 |
| 22b. License Number of Funeral Home | 933 |

**Certifier:** Sharon Green M.D. 1718 Patterson St. Nash Tn 37203
License Number: 42577
Date Signed: 5/6/11

**28. Cause of Death**
- Immediate Cause: lung cancer

**Part II. Other conditions contributing to death:** metastases to brain

29a. Autopsy Performed: No
29b. Autopsy Findings Available: No
30. Manner of Death: Natural

* 13 c, d, f
19 c

---

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

4621073

Teresa S. Hendricks, STATE REGISTRAR

Tonya Y. Forman, Local Registrar, Davidson County, Tennessee

Date Issued: 6/20/2011

CERTIFICATION OF VITAL RECORD

