UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WANDA BROOKS for JESSE W. BROOKS ESTATE, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) No. 3:14-0159<br>) Judge Sharp/Bryant<br>) |
| UNITED STATES VETERANS ADMINISTRATION | )<br>)<br>) |
| Defendant | ) |

**O R D E R**

Plaintiff Brooks, who is proceeding *pro se*, has filed her motion requesting that service of the summons and complaint upon the Defendant be made by the United States Marshals Service (Docket Entry No. 6). As grounds for this motion, Plaintiff states that she is too sick to serve process herself and that she will pay any fee incurred in serving process.

This motion is **GRANTED**. The undersigned Magistrate Judge directs that the Marshals Service serve process upon the United States Veterans Administration by registered or certified mail in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. The Marshals Service may bill Plaintiff Brooks for any expenses incurred in serving this process by mail.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge