IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Wanda E Brooks )
estate of Jesse W Brooks )
Wanda E Brooks )
v. )
)
United States VA (Administration) )

Civil Case No. _____

Judge _____

Kevin H. Sharp

**Motion the Manuel file Tape**
(Type of Pleading)

The VA made me an offer on tape at General Counsel.

Wanda E Brooks
Signature

FILED
2014 JAN 22 PM 2:21
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN