**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **WANDA E. BROOKS,** *for* | ) | |
| *Jesse W. Brooks Estate*, | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 3:14-cv-00159** |
| | ) | **Chief Judge Sharp** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES VA ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# O R D E R

On December 4, 2014, the Magistrate Judge issued a Report and Recommendation (R&R) (Docket No. 31) as to the defendant's motion to dismiss filed on August 29, 2014 (Docket No. 21), recommending that the motion be granted and that this action be dismissed with prejudice.

Pending before the court are Objections to the R&R timely filed by the plaintiff (Docket No. 40), a response filed by the defendant (Docket No. 42), and the plaintiff's reply to that response (Docket No. 43).

For the reasons explained more fully in the Memorandum entered contemporaneously herewith, the court finds that the plaintiff's Objections lack merit. The court agrees with the Magistrate Judge's analysis and recommendations. Therefore, the plaintiff's Objections are **OVERRULED**.

The Clerk is **DIRECTED** to substitute the United States for the "United States VA Administration" as the only defendant to this action. The defendant's motion to dismiss (Docket No. 21) is **GRANTED**, and this case is hereby **DISMISSED**.

This order constitutes the judgment in this case.

It is so **ORDERED**.

Kevin H. Sharp
Chief United States District Judge